IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**OLIVER WRIGHT**                                                                                          **PLAINTIFF**

**v.**                                         Case No. 4:17-cv-00087-KGB

**RR AUTO LLC and**
**RODNEY WALTERS**                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Oliver Wright's complaint is dismissed without prejudice. The relief sought is denied.

So adjudged this 11th day of October, 2018.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge